The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURFACE ART, INC., a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TESSARAE TECHNOLOGIES, LLC, a Georgia domestic limited liability company; DAVID DRISHPON, an individual and resident of Georgia; ERPIZO, LLC, a Texas domestic limited liability company; and DOES 1-50,<br><br>　　　　　　　　　　　Defendants. | NO. 2:24-cv-00924-TL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

The Parties have met and conferred and jointly file this Stipulated Request and [Proposed] Order to continue the deadline for Defendants to respond to Plaintiff's Complaint.[1] The Parties have previously automatically extended the deadline one (1) time, from the original deadline of August 8, 2024 to August 23, 2024.

Over the past two (2) weeks, counsel for all Parties have been in active communication, have identified and investigated a jurisdictional issue related to the citizenship of all of the members of Tesserae Technologies, LLC to determine whether complete diversity exists.

---

[1] Pursuant to the Hon. Tana Lin's Standing Order For All Civil Cases, Section III(A.), the parties do not submit this request as one for an automatic extension, as the response deadline has been automatically extended one time. All other elements of Section III(A) are met.

With the foundational jurisdictional issue addressed, the Parties need additional time to engage in a substantive meet and confer effort related to items identified in the Complaint by counsel for Tessarae Technologies and David Drishpon. The timing of this effort has been impacted by various pre-scheduled summer vacations of counsel and the parties.

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadline:

Defendants' Response to the Complaint is extended to September 6, 2024.

A [Proposed] Order extending the deadline is included below.

This request is (1) unopposed and agreed upon between the Parties; (2) the date has been previously automatically extended one (1) time for a period of fifteen (15) days; and (3) such request does not change the date for (a) any hearing, (b) any final submission to the Court related to a hearing, (c) any dispositive motion or expert motion deadline, or (d) any deadline after the filing of dispositive and expert motions in the trial scheduling order.

DATED this 22nd day of August, 2024.

By */s/ Jason E. Fellner*
Jason E. Fellner, WSBA # 53847
FELLNER LAW GROUP
90 New Montgomery, Suite 400
San Francisco, CA 94105
Tel: (415) 658-9253 | Fax: (415) 658-9526
JFellner@fellnerlawgroup.com
*Attorneys for Plaintiff*

By */s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com
*Attorneys for Defendants Tessarae Technologies, LLC and David Drishpon*

1
2
3
4
5
6

By */s/ Richard E. Spoonemore*
Richard E. Spoonemore, WSBA #21833
Eleanor Hamburger, WSBA #26478
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA  98121
Main (206) 223-0303; Fax (206) 223-0246
rspoonemore@sylaw.com
ehamburger@sylaw.com
*Attorneys for Erpizo, LLC*

## [~~PROPOSED~~] ORDER

The Parties' Stipulated Request to Extend the Defendants' Response to the Complaint is granted.  The deadline for Defendants to respond to the Complaint is extended to September 6, 2024.

**IT IS SO ORDERED.**

DATED: August 23, 2024

_____
HON. TANA LIN